Alice C. Leverenz, administratrix of the estate of Jeanne B. Leverenz, deceased, appellant, v. Frank La Rosa, appellee. Gen. No. 31,268.

Action for death by wrongful act in driving automobile upon a child. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 29, 1927.

Maloney & Postelnek, for appellant. Alfred Roy Hulbert, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

John Westwood, appellee, v. Rose Bodington, appellant. Gen. No. 31,280.

Bill for return of pledged stock or market value thereof. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded with directions for modification of the decree. Opinion filed March 29, 1927.

Charles J. Trainor, for appellant. Ernest C. Reniff, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Federal Truck Company of Chicago, appellant, v. John J. Kirby, appellee. Gen. No. 31,293.

Trover for mortgaged automobile truck. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with findings of fact and judgment here for $391.50. Opinion filed March 29, 1927.

Herbert J. Ferguson, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Karoline Bywalec, appellee, v. Joseph Bywalec, appellant. Gen. No. 31,309.

Appeal from order holding defendant in contempt for wilfully failing to pay as decreed in divorce suit. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Opinion filed March 29, 1927.

Jay J. McCarthy, for appellant. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Henry G. Nooy, appellant, v. Morris Slott, appellee. Gen. No. 31,337.

Action for personal injuries from automobile. Plaintiff appeals from inadequate damages awarded him. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 29, 1927.

Otto Shusterman and Sumner C. Palmer, for appellant. Murphy O. Tate, for appellee; Leo. M. Tarpey, of counsel.

Mr. Justice Barnes delivered the opinion of the court.